IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al., | No. C 16-02264 WHA |
| Plaintiffs, | **ORDER REQUESTING CHAMBERS COPIES** |
| v. | *Related Cases:* |
| SUNEDISON , INC., et al., | Case No. 3:16-cv-02263-WHA |
| | Case No. 3:16-cv-02265-WHA |
| Defendants. | Case No. 3:16-cv-02268-WHA |

The parties are requested to submit chambers copies for the filings related to removal, remand, and transfer made prior to re-assignment to the undersigned judge.

**IT IS SO ORDERED.**

Dated: July 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE