Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
Sarah A. Hemmendinger, SBN 298659
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Norman J. Blears, SBN 95600
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304
Telephone:  (650) 565-7000
Facsimile:   (650) 565-7100

*Attorneys for Defendants
SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong,
Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor,
Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMEGA CAPITAL INVESTORS, L.P. et al.,<br>            Plaintiffs,<br>       v.<br>TERRAFORM GLOBAL, INC., et al.,<br><br>            Defendants. | Case No. 3:16-cv-02268-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL<br><br>The Hon. William Alsup |

1  Before the Court is Sara B. Brody of Sidley Austin LLP's Unopposed Motion to Withdraw as Counsel for Defendant Carlos Domenech Zornoza ("Zornoza").  Having considered the motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED Sara B. Brody of Sidley Austin LLP is given leave to withdraw as counsel of record for Zornoza.  Zornoza will remain represented by other counsel currently of record including: Kevin J. O'Connor, James L. Tuxbury and Rhiannon A. Campbell of Hinckley Allen, and Ismail J. Ramsey and Katharine Anne Kates of Ramsey & Ehrlich LLP.

**IT IS SO ORDERED.**

Dated:  July 14, 2016.



WILLIAM ALSUP
United States District Judge

---

1
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL – CASE NO. 3:16-CV-02268-WHA