Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Glenview Capital Partners, L.P., et. al.                )
                                                        )   Case No: 16-cv-2264
                                   Plaintiff(s),        )
                                                        )   **APPLICATION FOR**
           v.                                           )   **ADMISSION OF ATTORNEY**
                                                        )   **PRO HAC VICE**
SunEdison Inc., et. al.                                 )   (CIVIL LOCAL RULE 11-3)
                                                        )
                                   Defendant(s).        )
                                                        )

I, James L. Tuxbury, an active member in good standing of the bar of Mass. Supreme Judic. Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Carlos Domenech Zornoza in the above-entitled action. My local co-counsel in this case is Ismail Ramsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 28 State Street<br>Boston, MA 02109 | 803 Hearst Ave<br>Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD:<br>(617) 345-9000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 548-3600 |
| MY EMAIL ADDRESS OF RECORD:<br>rcampbell@hinckleyallen.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>izzy@ramsey-ehrlich.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 624916.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/20/16

                                                        James L. Tuxbury
                                                        APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James L. Tuxbury is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 20, 2016.

                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*