**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COBALT PARTNERS, LP, COBALT
PARTNERS II, LP, COBALT OFFSHORE
MASTER FUND, LP AND COBALT KC
PARTNERS, LP,

      Plaintiffs,

  v.

SUNEDISON, INC., AHMAD CHATILA, BRIAN
WUEBBELS, MARTIN TRUONG, ALEJANDRO
HERNANDEZ, EMMANUEL HERNANDEZ,
ANTONIO R. ALVAREZ, PETER BLACKMORE,
CLAYTON DALEY JR.,  GEORGANNE
PROCTOR, STEVEN TESORIERE, JAMES B.
WILLIAMS, RANDY H. ZWIRN, GOLDMAN,
SACHS & CO., J.P. MORGAN SECURITIES LLC,
MORGAN STANLEY & CO. LLC, MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED, DEUTSCHE BANK
SECURITIES INC., MACQUARIE CAPITAL
(USA), INC., MCS CAPITAL MARKETS LLC and
DOES 1- 25, inclusive,

      Defendants.

——————————————————————/

AND RELATED CASES.

——————————————————————/

No. C 16-02263 WHA

*Related Cases:*

Case No. 3:16-cv-02264-WHA
Case No. 3:16-cv-02265-WHA
Case No. 3:16-cv-02268-WHA

**NOTICE REGARDING
POSTPONEMENT OF
HEARING ON MOTION
TO DISMISS**

For the benefit of counsel, notice is hereby provided that the hearing on the motion to

dismiss in *Cobalt Partners, LP, et al. v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02263-WHA,

has been postponed to a date to be determined after resolution of the pending motion to remand

and motion to transfer.

1    The hearings on the motions to remand and motions to transfer will take place as

2    scheduled on August 18, 2016, at 8:00 a.m.

3

4    **IT IS SO ORDERED.**

5

6    Dated:  August 4, 2016.

7                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2